IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL L. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:21-CV-610 |
| ) | |
| FORSYTH COUNTY SHERIFF ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the Recommendation on the plaintiff. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that the plaintiff's claims against the defendants Kimbrough, Rocky Joyner, Billy Warren, Richard Carleton and Robert Slater may proceed and the case against the defendant Wellpath may proceed as to the allegation that it returned symptomatic inmates to the general population. The remainder of the claims against Wellpath and all claims against the Forsyth County Sheriff's Department are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.

This the 12th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE